**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-80362-CV-MIDDLEBROOKS

MARY MCLEAN, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

CLOSET CANDY BOUTIQUE, LLC,

    Defendant.

_____/

<u>**ORDER CLOSING CASE**</u>

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed June 3, 2019. (DE 6). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 7th day of June, 2019.

                                                  Donald M. Middlebrooks
                                                United States District Judge

Copies to:    Counsel of Record